Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**3/20/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY:  MMC  DEPUTY

Case Number  2:25-CR-00181-SB

Defendant Number  1

U.S.A. v.  JOSE SOMARRIBA

Year of Birth  1969

☐ Indictment   ☑ Information

Investigative agency (FBI, DEA, etc.)  USSS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense  November 2021 to July 2023

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles   ☐ Ventura

☐ Orange   ☐ Santa Barbara

☐ Riverside   ☐ San Luis Obispo

☐ San Bernardino   ☐ Other

Citation of Offense  18 USC § 371

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No   ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): US v. Lu Zhang, et al., 23-596-RGK; US v. Daren Li, et al., 24-311-RGK; US v. Shengsheng He aka Adam, 25-175-PA

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:  N/A

Assigned Judge:  N/A

Charging: N/A

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:  Stephen G. Frye

Phone Number:  310-990-8713

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the  N/A  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge

N/A

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?

☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

---

### INTERPRETER

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male        ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   _____

_____

This defendant is charged in:

    ☑ All counts

    ☐ Only counts:   _____

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?           ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case
include(s):

☑ financial institution fraud   ☐ public corruption

☐ government fraud              ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☐ violent crimes/firearms       ☐ corporate fraud

☐ Other   _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

  a. Date and time of arrest on complaint:   N/A

  b. Posted bond at complaint level on:   N/A

    in the amount of $ N/A

  c. PSA supervision?   ☐ Yes   ☐ No

  d. Is on bail or release from another district:
    N/A

Defendant is **in custody**:

  a. Place of incarceration:   ☐ State   ☐ Federal

  b. Name of Institution:   N/A

  c. If Federal, U.S. Marshals Service Registration Number:
    N/A

  d. ☐ Solely on this charge.  Date and time of arrest:
    N/A

  e. On another conviction:   ☐ Yes        ☐ No

    IF YES:   ☐ State        ☐ Federal   ☐ Writ of Issue

  f. Awaiting trial on other charges:   ☐ Yes   ☐ No

    IF YES :   ☐ State   ☐ Federal   AND

  Name of Court:   N/A

  Date transferred to federal custody: N/A

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

---

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:   _____

_____

_____

Date   ___03/20/2025___

/s/ Alexander S. Gorin
_____
Signature of Assistant U.S. Attorney
ALEXANDER S. GORIN
_____
Print Name