**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
3/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF<br><br>　　　v.<br><br>JOSE SOMARRIBA,<br><br>　　　　　　　　DEFENDANT | CASE NUMBER<br><br>CR No.　2:25-CR-00181-SB<br><br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

　　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Daren Li, et al.</u>, Case No. 2:24-CR-311-RGK, <u>United States v. Lu Zhang, et al.</u>, Case No. 2:23-CR-596-RGK, and <u>United States v. Shengsheng He, aka "Adam"</u>, Case No. 2:25-CR-00175-PA which:

　　__X__　　was previously assigned to the Honorable R. Gary Klausner and the Honorable Percy Anderson;

　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__X__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　_____　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation (if any):

Dated: March 19, 2025

　　　　　　　　　　　　　　　　　　　_/s/ Alexander S. Gorin_____
　　　　　　　　　　　　　　　　　　　ALEXANDER S. GORIN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**Attachment A**

The conspiracies charged in all four cases (i.e. the above-captioned case and <u>United States v. Daren Li, et al.</u>, Case No. 2:24-CR-311-RGK, <u>United States v. Lu Zhang, et al.</u>, Case No. 2:23-CR-596-RGK, and <u>United States v. Shengsheng He aka "Adam"</u>, Case No. 2:25-CR-00175-PA) involve the same scheme: The cases have identical co-conspirators, victims, bank accounts, and international financial institutions. Indeed, the defendant in this case received funds from the defendants charged in <u>United States v. Lu Zhang, et al.</u>, Case No. 2:23-CR-596-RGK, and sent funds to a defendant charged in <u>United States v. Daren Li, et al.</u>, Case No. 2:24-CR-311-RGK. Additionally, the defendant in this case worked with the defendant charged in <u>United States v. Shengsheng He aka "Adam"</u>, Case No. 2:25-CR-00175-PA to facilitate moving these funds.