BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Chief, National Security Division
MAXWELL COLL (Cal. Bar No. 312651)
ALEXANDER S. GORIN (Cal. Bar No. 326235)
Assistant United States Attorneys
Cyber & Intellectual Property Crimes Section
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785/3190/2429
    Facsimile: (213) 894-0141
    E-mail:    maxwell.coll@usdoj.gov
                alexander.gorin@usdoj.gov
                nisha.chandran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:25-00181-RGK |
| Plaintiff, | STIPULATION REGARDING AMENDMENT TO THE PLEA AGREEMENT FOR DEFENDANT JOSE SOMARRIBA |
| v. | |
| JOSE SOMARRIBA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Maxwell Coll, and defendant JOSE SOMARRIBA ("defendant"), both individually and by and through his counsel of record, Stephen G. Frye, hereby stipulate to the following amendment to the Plea Agreement for Defendant Jose Somarriba ("Plea Agreement"), filed on March 20, 2025 (Dkt. No. 3):

1. Paragraph 9 of the Factual Basis (Exhibit A to the Plea Agreement) is hereby amended to read:

> Defendant and his co-conspirators created so-called digital transaction agreements and "Know Your Customer" or "KYC" forms associated with the U.S. shell companies, including those listed in Paragraph 8, detailing the conversion of millions of dollars to USDT. The agreements each listed Axis Digital as the business entity conducting the conversion of funds. The agreements each listed the same cryptocurrency address beginning with TRteo (the "TRteo Address") as the receiving wallet. Defendant eventually came to know the KYC forms for the shell companies and related wire transfers did not reflect legitimate business transfers.

2. The parties agree and stipulate to this amendment to the plea agreement. Defendant has read and discussed this stipulation

//

//

1  with his attorney, understands the terms of this stipulation, and
2  voluntarily agrees to those terms.
3      IT IS SO STIPULATED.
4  UNITED STATES ATTORNEY'S OFFICE
   FOR THE CENTRAL DISTRICT OF
5  CALIFORNIA

6  BILAL A. ESSAYLI
   United States Attorney
7
8  _____     May 8, 2025
   MAXWELL COLL                    _____
9  Assistant United States Attorney  Date
10
11
                                     05/01/2025
12 _____      _____
   JOSE SOMARRIBA                    Date
13 Defendant
14
15 _____      5-7-25
   STEPHEN G. FRYE                  _____
   Attorney for Defendant JOSE       Date
16 SOMARRIBA